UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Right to Life of Michigan, et al,

      Plaintiff(s),　　　　　　　　Case No.　　1:23-cv-1189

v.

Gretchen Whitmer, et al.,

      Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,　　__Crossroads Care Center__
(Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ✔ No

2. Does party have any parent corporations? ☐ Yes ✔ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ✔ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ✔ No
   If yes, identify entity and nature of interest:

Date: __November 8, 2023__　　　　　　　　__/s/ Robert J. Muise__
　　　　　　　　　　　　　　　　　　　　　　(Signature)
　　　　　　　　　　　　　　　　　　　Robert J. Muise, Esq.
　　　　　　　　　　　　　　　　　　　American Freedom Law Center
　　　　　　　　　　　　　　　　　　　PO Box 131098
　　　　　　　　　　　　　　　　　　　Ann Arbor, MI 48113
　　　　　　　　　　　　　　　　　　　(734) 635-3756