UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Right to Life of Michigan, et al,

   Plaintiff(s),      Case No. 1:23-cv-1189

v.

Gretchen Whitmer, et al.,

   Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, _____Right to Life of Michigan_____
(Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?  [ ] Yes  [✔] No

2. Does party have any parent corporations?  [ ] Yes  [✔] No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  [ ] Yes  [✔] No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  [ ] Yes  [✔] No
   If yes, identify entity and nature of interest:

Date: _____November 8, 2023_____   _____/s/ Robert J. Muise_____
                    (Signature)
                Robert J. Muise, Esq.
                American Freedom Law Center
                PO Box 131098
                Ann Arbor, MI 48113
                (734) 635-3756