UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Right to Life of Michigan, et al,

        Plaintiff(s),        Case No. 1:23-cv-1189

v.

Gretchen Whitmer, et al.,

        Defendant(s).

_____/

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Save The 1** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: November 8, 2023

/s/ Robert J. Muise
(Signature)
Robert J. Muise, Esq.
American Freedom Law Center
PO Box 131098
Ann Arbor, MI 48113
(734) 635-3756