UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGHT TO LIFE OF MICHIGAN; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, on behalf of itself, its members, and their patients; GINA JOHNSEN, Representative, Michigan House of Representatives; LUKE MEERMAN, Representative, Michigan House of Representatives; JOSEPH BELLINO, JR., Senator, Michigan Senate; MELISSA HALVORSON, M.D.; CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS, on behalf of itself, its members, and their patients; CROSSROADS CARE CENTER; CELINA ASBERG; GRACE FISHER; JANE ROE, a fictitious name on behalf of preborn babies; ANDREA SMITH; JOHN HUBBARD; LARA HUBBARD; SAVE THE 1, on behalf of itself and its members; and REBECCA KIESSLING,

     Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan; and JOCELYN BENSON, in her official capacity as Secretary of State of the State of Michigan,

     Defendants.

No. 1:23-cv-01189

HON. PAUL L. MALONEY

MAG. RAY KENT

**STIPULATED ORDER EXTENDING THE TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT**

---

Robert J. Muise (P62849)
David Yerushalmi (Ariz. Bar No. 009616; DC Bar No. 978179; Cal. Bar No. 132011; NY Bar No. 4632568)
American Freedom Law Center
Attorneys for Plaintiffs
P.O. Box 131098, Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org
dyerushalmi@americanfreedomlawcenter.org

Linus Banghart-Linn (P73230)
Kyla Barranco (P81082)
Rebecca Aboona (P81977)
Attorneys for Defendants
Mich. Dep't of Attorney General
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
Banghart-LinnL@michigan.gov
BarrancoK@michigan.gov
AboonaR@michigan.gov

William Wagner (P79021)
Great Lakes Justice Center
Attorney for Plaintiffs
5600 W. Mount Hope Highway
Suite 2
Lansing, MI 48917
(517) 993-9123
Prof.wwjd@gmail.com

**STIPULATED ORDER EXTENDING THE TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT**

In accordance with Fed. R. Civ. P. 6(b) and L. Civ. R. 5.7(g), counsel for Plaintiffs and counsel for Defendants stipulate to an order extending the time to respond to Plaintiffs' complaint (ECF No. 1) to January 30, 2024.

**IT IS ORDERED** that Defendants shall have an extension of time until January 30, 2024, in which to answer or otherwise respond to Plaintiffs' complaint.

**IT IS SO ORDERED.**

Date: January 5, 2024                 /s/ Paul L. Maloney
                                      Honorable Paul L. Maloney
                                      United States District Court Judge

**Approved as to form and content:**

/s/ Robert J. Muise (w/ permission)       Dated: January 4, 2024
Robert J. Muise (P62849)
Attorney for Plaintiffs

/s/ Kyla Barranco                         Dated: January 4, 2024
Kyla Barranco (P81082)
Assistant Solicitor General
Attorney for Defendants