UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RIGHT TO LIFE OF MICHIGAN; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, on behalf of itself, its members, and their patients; GINA JOHNSEN, Representative, Michigan House of Representatives; LUKE MEERMAN, Representative, Michigan House of Representatives; JOSEPH BELLINO, JR., Senator, Michigan Senate; MELISSA HALVORSON, M.D.; CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS, on behalf of itself, its members, and their patients; CROSSROADS CARE CENTER; CELINA ASBERG; GRACE FISHER; JANE ROE, a fictitious name on behalf of preborn babies; ANDREA SMITH; JOHN HUBBARD; LARA HUBBARD; SAVE THE 1, on behalf of itself and its members; and REBECCA KIESSLING, <br><br>      Plaintiffs, <br>v <br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan; and JOCELYN BENSON, in her official capacity as Secretary of State of the State of Michigan, <br><br>      Defendants. | No. 1:23-cv-01189 <br><br>HON. PAUL L. MALONEY <br><br>MAG. RAY KENT <br><br>**STIPULATED ORDER EXTENDING THE TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

---

| | |
|---|---|
| Robert J. Muise (P62849) <br> David Yerushalmi (Ariz. Bar No. 009616; DC Bar No. 978179; Cal. Bar No. 132011; NY Bar No. 4632568) <br> American Freedom Law Center <br> Attorneys for Plaintiffs <br> P.O. Box 131098, Ann Arbor, MI 48113 <br> (734) 635-3756 <br> rmuise@americanfreedomlawcenter.org <br> dyerushalmi@americanfreedomlawcenter.org | Linus Banghart-Linn (P73230) <br> Kyla Barranco (P81082) <br> Rebecca Aboona (P81977) <br> Attorneys for Defendants <br> Mich. Dep't of Attorney General <br> P.O. Box 30212 <br> Lansing, MI 48909 <br> (517) 335-7622 <br> Banghart-LinnL@michigan.gov <br> BarrancoK@michigan.gov <br> AboonaR@michigan.gov |

William Wagner (P79021)
Great Lakes Justice Center
Attorney for Plaintiffs
5600 W. Mount Hope Highway
Suite 2
Lansing, MI 48917
(517) 993-9123
Prof.wwjd@gmail.com

**STIPULATED ORDER EXTENDING THE TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

In accordance with Fed. R. Civ. P. 6(b) and L. Civ. R. 5.7(g), counsel for Plaintiffs and counsel for Defendants stipulate to an order extending the time to respond to Plaintiffs' amended complaint (ECF No. 23) to March 19, 2024.

**IT IS ORDERED** that Defendants shall have an extension of time until March 19, 2024, in which to answer or otherwise respond to Plaintiffs' amended complaint.

**IT IS SO ORDERED.**


Date:  February 29, 2024            /s/ Paul L. Maloney
                                    Honorable Paul L. Maloney
                                    United States District Court Judge

**Approved as to form and content:**

/s/ Robert J. Muise (w/ permission)      Dated:  February 28, 2024
Robert J. Muise (P62849)
Attorney for Plaintiffs


/s/ Kyla Barranco                        Dated:  February 28, 2024
Kyla Barranco (P81082)
Assistant Solicitor General
Attorney for Defendants

2