UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGHT TO LIFE OF MICHIGAN, *et al.*,

    Plaintiffs,

v.

GRETCHEN WHITMER, *et al.*,

    Defendants.

_____/

Case No. 1:23-cv-1189

Hon. Paul L. Maloney

## JUDGMENT

The court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED**.

Dated: September 30, 2025

/s/ Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE